**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: Kathleen Lora Falzarano a/k/a Kathleen L. Falzarano a/k/a Kathleen Falzarano  
                Debtor(s)

BK NO. 22-00116 MJC

Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of The Bank Of New York Mellon FKA The Bank Of New York As Trustee For The Certificateholders Of The CWABS Inc., Asset-Backed Certificate Services 2006-17 and index same on the master mailing list.

                Respectfully submitted,

/s/ Rebecca Solarz  
Rebecca Solarz  
25 Apr 2022, 14:19:00, EDT

KML Law Group, P.C.  
BNY Mellon Independence Center  
701 Market Street, Suite 5000  
Philadelphia, PA 19106  
215-627-1322