# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: | CASE NO: 5:22-BK-00116 |
|---|---|
| KATHLEEN LORA FALZARANO | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 13 |

On 8/8/2022, I did cause a copy of the following documents, described below,

Notice of Confirmation Hearing

First Amended Chapter 13 Plan

kdiddio@diddiolaw.com

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 8/8/2022

/s/ Kim M. Diddio, Esq
Kim M. Diddio, Esq  86708

Kim Diddio Attorney at Law
17 North Sixth Street
Stroudsburg, PA  18360
570 801 1336
kdiddio@diddiolaw.com

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CASE NO: 5:22-BK-00116 |
| KATHLEEN LORA FALZARANO | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 13 |

On 8/8/2022, a copy of the following documents, described below,

Notice of Confirmation Hearing

First Amended Chapter 13 Plan

kdiddio@diddiolaw.com

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 8/8/2022

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Kim M. Diddio, Esq
Kim Diddio Attorney at Law
17 North Sixth Street
Stroudsburg, PA  18360

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL (D)=DUPLICATE ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM
```

| CASE INFO | EXCLUDE | EXCLUDE |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 522-BK-00116<br>MIDDLE DISTRICT OF PENNSYLVANIA<br>MON AUG 8 8-51-14 PST 2022 | (U)THE BANK OF NEW YORK MELLON FKA THE BANK OF | US BANKRUPTCY COURT<br>MAX ROSENN US COURTHOUSE<br>197 SOUTH MAIN STREET<br>WILKES-BARRE PA 18701-1500 |
| AMERICAN CREDIT BUREAU INC<br>1200 N FEDERAL HWY<br>BOCA RATON FL 33432-2803 | AMERICAN CREDIT BUREAU INC<br>1200 NORTH FEDERAL HIGHWAY<br>SUITE 200<br>BOCA RATON FL 33432-2813 | METED<br>PO BOX 3687<br>AKRON OH 44309-3687 |
| METROPOLITAN EDISON COMPANY<br>101 CRAWFORDS CORNER ROAD<br>BUILDING 1 SUITE 1-511<br>HOLMDEL NJ 07733-1976 | MIDLAND CREDIT MANAGEMENT INC<br>PO BOX 2037<br>WARREN MI 48090-2037 | MIDLAND FUND<br>320 EAST BIG BEAVER<br>TROY MI 48083-1238 |
| MIDLAND FUND<br>ATTN BANKRUPTCY<br>350 CAMINO DE LA REINE SUITE 100<br>SAN DIEGO CA 92108-3007 | MONROE COUNTY SHERIFFS OFFICE<br>610 MONROE STREET<br>STROUDSBURG PA 18360-2276 | PARKER MCCAY PA<br>ATTN PATRICK J WESNER ESQ<br>PO BOX 5054<br>MOUNT LAUREL NJ 08054-5054 |
| (P)RECEIVABLE MANAGEMENT GROUP<br>ATTN BANKRUPTCY<br>2901 UNIVERSITY AVE STE 29<br>COLUMBUS GA 31907-7601 | SHELLPOINT MORTGAGE SERVICING<br>ATTN BANKRUPTCY<br>PO BOX 10826<br>GREENVILLE SC 29603-0826 | THE BANK OF NEW YORK MELLON<br>CO SHELLPOINT MORTGAGE SERVICING<br>BANKRUPTCY DEPARTMENT<br>PO BOX 10826<br>GREENVILLE SC 29603-0826 |
| TEDS CARS<br>1723 W MAIN STREET<br>STROUDSBURG PA 18360-1072 | UNITED STATES TRUSTEE<br>228 WALNUT STREET SUITE 1190<br>HARRISBURG PA 17101-1722 | (P)JACK N ZAHAROPOULOS<br>ATTN CHAPTER 13 TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 |
| EXCLUDE | EXCLUDE | |
| KATHLEEN LORA FALZARANO<br>231 WAGNER WAY<br>STROUDSBURG PA 18360-7322 | KIM M DIDDIO<br>17 N 6TH STREET<br>STROUDSBURG PA 18360-2177 | |

ADDRESSES WHERE AN EMAIL IS PRESENT WERE SERVED VIA "CM/ECF E-SERVICE" THROUGH THE UNITED STATES BANKRUPTCY COURT'S NOTICE OF ELECTRONIC FILING ("NEF")SYSTEM.

| (Trustee) | United States Trustee | (Creditor) |
|---|---|---|
| Standing Chapter 13 Trustee<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036<br><br>info@pamd13trustee.com | 228 Walnut Street, Suite 1190<br>Harrisburg, PA 17101<br>(Asst. U.S. Trustee)<br><br>ustpregion03.ha.ecf@usdoj.gov | The Bank of New York Mellon FKA The Bank of New York, As Trustee for the Certificateholders of the CWABS INC., Asset-Backed Certificates, Series 2006-17<br>represented by:<br>Rebecca Ann Solarz<br>KML Law Group, P.C.<br>701 Market St.<br>Suite 5000<br>Philadelphia, PA 19106<br><br>bkgroup@kmllawgroup.com |

Kathleen Lora Falzarano
231 Wagner Way
Stroudsburg, PA 18360
(Debtor 1)
represented by:
Kim M Diddio
17 N. 6th Street
Stroudsburg, PA 18360

kdiddio@diddiolaw.com