UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: KATHLEEN LORA FALZARANO
AKA: KATHLEEN FALZARANO,
KATHLEEN L FALZARANO  CHAPTER 13

Debtor(s)
JACK N. ZAHAROPOULOS  CASE NO: 5-22-00116-MJC
CHAPTER 13 TRUSTEE
Movant
vs.
KATHLEEN LORA FALZARANO etal
Respondent(s)

**TRUSTEE'S MOTION TO DISMISS CASE**

AND NOW, on November 8, 2022, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, by and through his attorney Agatha R. McHale, Esquire, and respectfully represents the following:

1. An Amended Plan was filed on August 8, 2022.

2. A hearing was held and an Order was entered on September 27, 2022 directing that an amended plan be filed within thirty (30) days.

3. As of the date of this Motion, an amended plan has not been filed.

4. The delay in filing a confirmable plan in this case is prejudicial to creditors.

WHEREFORE, your Trustee respectfully requests your Honorable Court dismiss the case upon the basis that Debtors have failed to propose a confirmable plan.

Respectfully submitted,

/s/ Agatha R. McHale, Esq.
Id: 47613
Attorney for Movant
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Ste. A, 8125 Adams Drive
Hummelstown, PA 17036
Ph. 717-566-6097
email: amchale@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  KATHLEEN LORA FALZARANO<br>AKA: KATHLEEN FALZARANO,<br>KATHLEEN L FALZARANO<br><br>      Debtor(s)<br><br>JACK N. ZAHAROPOULOS<br>CHAPTER 13 TRUSTEE<br>      Movant | CHAPTER 13<br><br><br><br><br>CASE NO: 5-22-00116-MJC |

## NOTICE

NOTICE IS HEREBY GIVEN that Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file a confirmable Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

| | |
|---|---|
| U.S. Bankruptcy Court<br>Max Rosenn U.S. Courthouse<br>Courtroom #2<br>197 S. Main Street<br>Wilkes Barre, PA | Date:  December 20, 2022<br><br>Time:  09:30 AM |

Any objection or response filed must be filed with the Clerk, U.S. Bankruptcy Court and served on the Chapter 13 Trustee.

                                                   Respectfully submitted,

                                                 /s/ Agatha R. McHale, Esquire
                                               ID:  47613
                                               Attorney for Movant
                                               Jack N. Zaharopoulos
                                               Standing Chapter 13 Trustee
                                               8125 Adams Drive, Suite A
                                               Hummelstown, PA   17036
                                               Phone:   (717) 566-6097
                                               email:   info@pamd13trustee.com

Dated:   November 8, 2022

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: KATHLEEN LORA FALZARANO
AKA: KATHLEEN FALZARANO,　　　　　CHAPTER 13
KATHLEEN L FALZARANO

　　　　　　　　Debtor(s)
JACK N. ZAHAROPOULOS　　　　　　　CASE NO: 5-22-00116-MJC
CHAPTER 13 TRUSTEE
　　　　　　　　Movant
KATHLEEN LORA FALZARANO etal

　　　　　　　　Respondent(s)

## **CERTIFICATE OF SERVICE**

I certify that I am more than 18 years of age and that on November 8, 2022, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

Served electronically

KIM M DIDDIO ESQUIRE
17 N 6TH STREET
STROUDSBURGPA18360-

United States Trustee
228 Walnut Street
Suite 1190
Harrisburg, PA   17101

Served by 1st Class Mail

KATHLEEN LORA FALZARANO
231 WAGNER WAY
STROUDSBURG, PA   18360

I certify under penalty of perjury that the foregoing is true and correct.

Date:　November 8, 2022　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　/s/   Vickie Williams
　　　　　　　　　　　　　　　　　　　　　Jack N. Zaharopoulos
　　　　　　　　　　　　　　　　　　　　　Standing Chapter 13 Trustee
　　　　　　　　　　　　　　　　　　　　　Suite A, 8125 Adams Dr.
　　　　　　　　　　　　　　　　　　　　　Hummelstown, PA   17036
　　　　　　　　　　　　　　　　　　　　　Phone:　(717) 566-6097
　　　　　　　　　　　　　　　　　　　　　email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: KATHLEEN LORA FALZARANO
AKA: KATHLEEN FALZARANO,
KATHLEEN L FALZARANO

CHAPTER 13

CASE NO: 5-22-00116-MJC

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant

KATHLEEN LORA FALZARANO
etal
    Respondent(s)

### ORDER DISMSSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed. The Court retains jurisdiction to rule on any timely filed fee application.