United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-00116-MJC |
| Kathleen Lora Falzarano | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0314-5        User: AutoDocke        Page 1 of 2
Date Rcvd: Dec 21, 2022        Form ID: ordsmiss        Total Noticed: 14

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kathleen Lora Falzarano, 231 Wagner Way, Stroudsburg, PA 18360-7322 |
| 5456718 | | Met-Ed, PO Box 3687, Akron, OH 44309-3687 |
| 5463819 | + | Metropolitan Edison Company, 101 Crawford's Corner Road, Building # 1 Suite 1-511, Holmdel, NJ 07733-1976 |
| 5456721 | + | Monroe County Sheriff's Office, 610 Monroe Street, Stroudsburg, PA 18360-2276 |
| 5456722 | + | Parker McCay PA, Attn: Patrick J. Wesner, Esq., PO Box 5054, Mount Laurel, NJ 08054-5054 |
| 5456725 | + | Ted's Cars, 1723 W Main Street, Stroudsburg, PA 18360-1072 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5456716 | + | Email/Text: bankruptcy@acbhq.com | Dec 21 2022 18:43:00 | American Credit Bureau, Inc., 1200 North Federal Highway, Suite 200, Boca Raton, FL 33432-2813 |
| 5456717 | + | Email/Text: bankruptcy@acbhq.com | Dec 21 2022 18:43:00 | American Credit Bureau, Inc., 1200 N Federal Hwy, Boca Raton, FL 33432-2803 |
| 5457415 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 21 2022 18:43:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5456720 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 21 2022 18:43:00 | Midland Fund, 320 East Big Beaver, Troy, MI 48083-1238 |
| 5456719 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 21 2022 18:43:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 5456723 | | Email/Text: accounting@recoveryrmg.com | Dec 21 2022 18:43:00 | Receivables Management Group, 2901 University Av, Columbus, GA 31907 |
| 5456724 | + | Email/Text: mtgbk@shellpointmtg.com | Dec 21 2022 18:43:00 | Shellpoint Mortgage Servicing, Attn: Bankruptcy, Po Box 10826, Greenville, SC 29603-0826 |
| 5468136 | | Email/Text: mtgbk@shellpointmtg.com | Dec 21 2022 18:43:00 | THE BANK OF NEW YORK MELLON, c/o Shellpoint Mortgage Servicing, Bankruptcy Department, PO Box 10826, Greenville, SC 29603-0826 |

TOTAL: 8

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and

belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2022                          Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York As Trustee for the Certificateholders of the CWABS INC., Asset-Backed Certificates, Series 2006-17 bnicholas@kmllawgroup.com |
| Brian C Nicholas | on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York As Trustee for the Certificateholders of the CWABS INC., Asset-Backed Certificates, Series 2006-17 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Kim M Diddio | on behalf of Debtor 1 Kathleen Lora Falzarano kdiddio@diddiolaw.com kdiddio@gmail.com;r52326@notify.bestcase.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Kathleen Lora Falzarano, aka Kathleen L Falzarano, aka Kathleen Falzarano, | Chapter | 13 |
| **Debtor 1** | Case No. | 5:22−bk−00116−MJC |

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

*/s/ Mark J. Conway*

Mark J. Conway, United States Bankruptcy Judge

Dated: December 21, 2022

ordsmiss (05/18)